UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Tyger Manufacturing LLC,<br>　　　　Plaintiff,<br><br>v.<br><br>Timothy M. Jacobs d/b/a/ The Glass Blunt Store and/or The G.B.S.,<br>　　　　Defendant. | Case No.: 1:19-cv-11732-NMG<br><br>PLAINTIFF'S MOTION FOR A<br>DEFAULT JUDGMENT |

　　　　Pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, the plaintiff, Tyger Manufacturing LLC, moves this Court to enter a default judgment against the defendant, Timothy M. Jacobs d/b/a/ The Glass Blunt Store, as follows:

1.　　　　Pursuant to 17 U.S.C. §502(a), that defendant, Timothy M. Jacobs, his agents, servants, employees and those persons in active concert or participation or otherwise in privity with him, are permanently enjoined from distributing, copying and/or displaying in any manner plaintiff's copyrighted work as shown in Exhibit A attached hereto[1] that is protected by U.S. Copyright Reg. No. VA2148829 (the "Copyrighted Work") within and to and from the United States, and its territories, or any other work substantially similar to the Copyrighted Work, including, but not limited to, defendant being enjoined from (1) distributing any package displaying an unauthorized and infringing copy of the Copyrighted Work as shown in Exhibit B attached hereto and (2) displaying of the unauthorized and infringing copy of the Copyrighted Work on his web site (www.glassbluntstore.com) as shown in Exhibit C attached hereto.

---

　　　　[1] Plaintiff has not attached Exhibits A-C to this motion. Exhibits A-C are attached to the Proposed Order filed herewith.

*Motion allowed.* /s/ NMGorton, USDJ 11/8/19

2.	Pursuant to 17 U.S.C. §503(b), that defendant, Timothy M. Jacobs, his agents, servants, employees and those persons in active concert or participation or otherwise in privity with any of them, deliver to plaintiff for destruction all products, labels, packages, advertisements and/or any other printed or electronic material that use and/or displays the Copyrighted Work, including, but not limited to, defendant's unauthorized and infringing copies of the Copyrighted Work shown in Exhibit B attached hereto.

3.	Pursuant to 17 U.S.C. §504(c)(2), that defendant, Timothy M. Jacobs, pay plaintiff statutory damages in the amount of $150,000 for his willful infringement of U.S. Copyright Reg. No. VA2148829.

In support of this motion is Plaintiff's Memorandum of Law and the Declaration of Jeffrey Han filed herewith. A proposed Order is also filed herewith.

Respectfully submitted,

Plaintiff,
Tyger Manufacturing LLC,

By its Attorney,

Dated: 10/04/2019

/s/ Steven N. Fox
Steven N. Fox (BBO #554692)
P.O. Box 193
Sharon, MA 02067
(781) 821-8920
E-Mail: sfox@foxpatent.com