UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Tyger Manufacturing LLC,<br>　　　　Plaintiff,<br><br>v.<br><br>Timothy M. Jacobs d/b/a/ The Glass Blunt Store and/or The G.B.S.,<br>　　　　Defendant. | Case No.: 1:19-cv-11732-NMG |

## ~~**PROPOSED**~~ DEFAULT JUDGMENT

Defendant, Timothy M. Jacobs d/b/a/ The Glass Blunt Store and/or The G.B.S., has failed to plead or otherwise defend in this action and his default has been entered. Now, upon motion of the plaintiff and a Declaration demonstrating that plaintiff is entitled to injunctive relief and an award of statutory damages as authorized by law, and a declaration that defendant is not an infant or incompetent person or in the military service of the United States, it is hereby ORDERED, ADJUDGED, AND DECREED that:

1.　　　Pursuant to 17 U.S.C. §502(a), that defendant, Timothy M. Jacobs, his agents, servants, employees and those persons in active concert or participation or otherwise in privity with him, are permanently enjoined from distributing, copying and/or displaying in any manner plaintiff's copyrighted work as shown in Exhibit A attached hereto that is protected by U.S. Copyright Reg. No. VA2148829 (the "Copyrighted Work") within and to and from the United States, and its territories, or any other work substantially similar to the Copyrighted Work, including, but not limited to, defendant being enjoined from (1) distributing any package displaying an unauthorized and infringing copy of the

Copyrighted Work as shown in Exhibit B attached hereto and (2) displaying of the unauthorized and infringing copy of the Copyrighted Work on his web site (www.glassbluntstore.com) as shown in Exhibit C attached hereto.

2. Pursuant to 17 U.S.C. §503(b), that defendant, Timothy M. Jacobs, his agents, servants, employees and those persons in active concert or participation or otherwise in privity with any of them, deliver to plaintiff for destruction all products, labels, packages, advertisements and/or any other printed or electronic material that use and/or displays the Copyrighted Work, including, but not limited to, defendant's unauthorized and infringing copies of the Copyrighted Work shown in Exhibit B attached hereto.

3. Pursuant to 17 U.S.C. §504(c)(2), that plaintiff be awarded statutory damages in the amount of $150,000 for defendant's willful infringement of U.S. Copyright Reg. No. VA2148829. That plaintiff recover from defendant, Timothy M. Jacobs, the principal amount of $150,000, with costs in the amount of $400 for a total judgment of $150,400 with interest as provided by law.

SO ORDERED:

_Nathaniel M. Gorton_         11/8/19
Honorable Nathaniel M. Gorton        Date
U.S. District Court Judge
District of Massachusetts

NOTE: The post judgment interest rate effective this date is _____%.