# EXHIBIT A:  Copyrighted Work – Loading Instructions

# LOADING INSTRUCTIONS

## 1. Remove screw

Find caps at the bottom of box.



## 2. Fill the tube with herbs



## 3. Twist/push screw into tube

Counter-clockwise

Finger on cap



## 4. Light up

Remove cap and enjoy!



# EXHIBIT B:    Defendant's Infringing Packaging

# Defendant's MINI PHILLY Smoking Pipe and Package





# Defendant's SWISHED Smoking Pipe and Package





# Defendant's OG Version 2.0 Smoking Pipe and Package





**EXHIBIT C:      Defendant's Web Page With Infringing Work**



**FOR A LIMITED TIME GET 25% OFF OUR MOST POPULAR "S EDITION"!**

Introducing the New and Improved Twisted Glass Blunt

✓ New Simulated Blunt Mouthpiece for Prefecto Pull

✓ New and Improved 2-piece Air Filtering system

**Love blunts** but hate the tobacco taste and effects of it?! Not th rolling one up?! These Twisty Glass Blunts are for you!
The twisty design lets you get fresh green hits every time by simpl the burnt herb with **just a twist**.



1. REMOVE SCREW
FIND CAPS AT THE BOTTOM OF BOX.



2. FILL THE TUBE WITH HERBS.



3. TWIST / PUSH SCREW INTO TUBE
COUNTER-CLOCK WISE



4. LIGHT UP
REMOVE CAP AND ENJOY

**Rolling a blunt will never be the same again!** The average stoner s 25 per week on rolling papers and blunts alone. The Glass Blunt s your problems while still enjoying your favorite herbs with these s Easily pack up to 2 grams of herbal flower into the glass tube (with on) and twist the screw counter-clockwise into the tube. After that chambers will be loaded. After that all you need to do is light the

Promote us and earn!